# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00237-CR
## NO. 03-23-00238-CR

**Spencer Ralph Graham, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**NO. 20-0624-K26 & 20-0625-K26**
**THE HONORABLE MICHAEL KEASLER, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Spencer Ralph Graham has filed two notices of appeal, and each appeal has been assigned a separate appellate cause number in this Court. In each cause, appellant seeks to appeal from a judgment of conviction signed by the district court on February 3, 2023. Appellant has now filed a motion in each cause requesting that we consolidate the records and dismiss one of the appeals. We grant the motions and dismiss cause number 03-23-00237-CR. *See* Tex. R. App. P. 42.1(a). The record and all filings from cause number 03-23-00237-CR are consolidated into cause number 03-23-00238-CR, and the consolidated appeal will proceed under cause number 03-23-00238-CR. *See State v. Padon*, Nos. 03-16-00530-CR, 03-16-00531-CR, 03-16-00532-CR, 2016 WL 4628063, at *1 (Tex. App.—Austin Aug. 31, 2016, no pet.) (mem. op., not designated for publication) (following similar consolidation and dismissal procedure).

_____

Edward Smith, Justice

Before Justices Baker, Triana, and Smith

No. 03-23-00237-CR Dismissed

No. 03-23-00238-CR Consolidated

Filed:   July 19, 2023

Do Not Publish